# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 4:97-CR-35-4H

DARRELL ROBERTS

On May 2, 2007, the above named was placed on supervised release for a period of 96 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert K. Britt  
Robert K. Britt  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of October 2013.

Malcolm J. Howard  
Senior U.S. District Judge